# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2283
_____

LYNNE FREMONT,

    Appellant,

v.

BRANDSMART USA and
TRAVELERS INSURANCE CO.,

    Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Geraldine B. Hogan, Judge.

June 4, 2019

PER CURIAM.

    AFFIRMED.

WETHERELL, RAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Kimberly A. Hill for Appellant.

Scott H. Silver and Steven H. Preston for Appellees.